IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PENSKE TRUCK LEASING CO., L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 1:21-cv-4023 |
| | ) | |
| AAA FREIGHT, INC.,<br>AAA FREIGHT HOLDING, LLC, and<br>ANTONIJE KELJEVIC, | ) | |
| | ) | |
| Defendants. | ) | |

**PENSKE TRUCK LEASING CO., L.P.'S NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

COMES NOW Plaintiff Penske Truck Leasing Co., L.P. ("Penske") and pursuant to Rule 41(a)(1)(A)(i), dismisses this action, without prejudice.

Respectfully submitted,

FOLAND, WICKENS, ROPER
HOFER & CRAWFORD, P.C.

*/s/ Scott D. Hofer*

SCOTT D. HOFER # 6220152
1200 Main Street, Suite 2200
Kansas City, Missouri 64105
Telephone: (816) 472-7474
Facsimile: (816) 472-6262
Email: shofer@fwpclaw.com
***Attorneys for Plaintiff***
***Penske Truck Leasing Co., L.P.***

and

Jamie S. Lane
SmithAmundsen, LLC
150 N. Michigan Ave., Suite 3300
Chicago, IL 60601
jlane@salwaus.com
***Attorney for Plaintiff***
***Penske Truck Leasing Co., L.P.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June, 2022, I electronically filed the foregoing with the Clerk of the District Court by using the CM/ECF/PACER system, which will send notice of electronic filing to counsel of record.

*/s/ Scott D. Hofer*
*Attorneys for Plaintiff*
*Penske Truck Leasing Co., L.P.*